(C.D. 4439)

GEO. E. KEITH CO. *v.* UNITED STATES

Court No. 69/20522

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge:   For opinion see C.D. 4434.

(C.D. 4440)

NICHOLAS & CO., INC. *v.* UNITED STATES

Court No. 65/19318

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge:   For opinion see C.D. 4434.